# UNITED STATES DISTRICT COURT

for the

Middle District of NORTH Carolina

_____ Division

| | |
|---|---|
| 3Derrick Allen <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> ANTRAK, ANTRAK SECURITY eT. Al. <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:22CV60 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑Yes ☐No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.



| | |
|---|---|
| Name | Derrick Allen Sr. |
| Street Address | 110 N. Croley ST # H |
| City and County | Durham / Durham |
| State and Zip Code | North Carolina 27602 |
| Telephone Number | (919) 564-8881 |
| E-mail Address | 78DerrickAllen@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name                          AMTRAK
Job or Title *(if known)*      CORPORATION
Street Address                 236 E. WASHINGTON ST.
City and County                GREENSBORO, GUILFORD
State and Zip Code             NORTH CAROLINA  27401
Telephone Number               (800) 872-7245
E-mail Address *(if known)*

Defendant No. 2

Name                          AMTRAK SECURITY
Job or Title *(if known)*      ~~SEG~~ ORGANIZATION
Street Address                 236 E. WASHINGTON ST.
City and County                GREENSBORO, GUILFORD
State and Zip Code             NORTH CAROLINA  27401
Telephone Number               (800) 872-7245
E-mail Address *(if known)*

Defendant No. 3

Name                          (K. Malina)
                              BURLINGTON POLICE DEPT.
Job or Title *(if known)*      ORGANIZATION
Street Address                 267 W. FRONT ST.
City and County                BURLINGTON, N.C. 27215
State and Zip Code             NORTH CAROLINA  27215
Telephone Number               (336) 229-3500
E-mail Address *(if known)*    Kmalina@burlingtonnc.gov

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. DENIED THE EQUAL PROTECTION OF LAWS GUARANTEED BY THE 14TH AMENDMENT. SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT -- INFRINGING THE 8TH AMENDMENT. DEPRIVED OF LIBERTY IN RE 5TH AMENDMENT IS CONCERNED.

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the
   State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)*
   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____. Or is a citizen of
   *(foreign nation)* _____.

## STATEMENT OF CLAIM

IN ADDITION TO THE BEFOREMENTIONED, ON THE 20th OF January OF 2022, I COMMUTED TO GTCC BY AMTRAK, ROUND TRIP.

I DEPARTED GREENSBORO AMTRAK STATION (TRAIN 73 PIEDMONT) @ 4:48 PM. UPON ENTERING THE TRAIN I WAS QUESTIONED BY A FEMALE CONDUCTOR AS TO WHERE I WAS TRAVELING TOO — I PROVIDED MY TRAIN TICKET, AND REMAINED SILENT.

I WAS ESCORTED OFF THE TRAIN IN BURLINGTON, NORTH CAROLINA FOR NOT RESPONDING TO THE CONDUCTOR BY BURLINGTON POLICE PERSONNELS.

I DID NOT ASSUALT THREATEN ~~OR~~ NOR WAS I HOSTILE, BUT FOR ~~EXCE~~ EXERCISING MY FIRST AMENDMENT, FREEDOM OF SPEECH, I WAS ESCORTED OFF THE TRAIN FOR NO REASON AT ALL.

THE FEDERAL QUESTION IS, HAS PETITIONER CONSTITUTIONAL RIGHTS BEEN INFRINGED?

Derrick Allen Sr.
01/24/2022

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PETITIONER COMMUTE TO GUILFORD TECHNICAL COMMUNITY COLLEGE VIA AMTRAK OCCASIONALLY. AMTRAK PERSONNEL RADIO AMTRAK SECURITY BECAUSE I WOULD NOT ALLOW AN AMTRAK REPRESENTATIVE TO ~~EAVE~~ INTERJECT AS I HELD ~~a PHONE CONVERSATION.~~ SECURITY ATTEMPTED TO ~~TRAS TRESPASS~~ TRESPASS PETITIONER FROM ~~USING~~ THE TRAIN-STATION IN GREENSBORO. SEE ATTACHMENT...

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

REQUESTING TO BE COMPENSATED IN THE AMOUNT OF $2,000,000,000.00, AND FOR ANY APPROPRIATE PENALTIES TO BE IMPOSED BY THE COURT.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    01/24/2022

Signature of Plaintiff    _Derrick Allen Jr._

Printed Name of Plaintiff    DERRICK ALLEN SR.

### B.    For Attorneys

Date of signing:    N/A

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    N/A

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____