```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK M. ALLEN,              )
                               )
           Plaintiff,          )
                               )
     v.                        )        1:21CV551
                               )
SHERIFF CLARENCE F. BIRKHEAD,  )
et al.,                        )
                               )
           Defendants.         )


DERRICK M. ALLEN, SR.          )
                               )
           Plaintiff,          )
                               )
     v.                        )        1:21CV708
                               )
STEVE SCHEWEL, et al.,         )
                               )
           Defendants.         )


DERRICK ALLEN,                 )
                               )
           Plaintiff,          )
                               )
     v.                        )        1:22CV60
                               )
AMTRAK, et al.,                )
                               )
           Defendants.         )


DERRICK M. ALLEN, SR.          )
                               )
           Plaintiff,          )
                               )
     v.                        )        1:22CV199
                               )
SUSAN FRIMPONG, et al.,        )
                               )
           Defendants.         )
```

```
DERRICK ALLEN, SR.              )
                                )
           Plaintiff,           )
                                )
     v.                         )        1:22CV280
                                )
DR. JUDITH A. FORTNEY, et al.,  )
                                )
           Defendants.          )


DERRICK ALLEN,                  )
                                )
           Plaintiff,           )
                                )
     v.                         )        1:22CV750
                                )
GUILFORD TECHNICAL COMMUNITY    )
COLLEGE, et al.,                )
                                )
           Defendants.          )


DERRICK ALLEN,                  )
                                )
           Plaintiff,           )
                                )
     v.                         )        1:22CV888
                                )
ORANGE CO. SHERIFF DEPT.,       )
et al.,                         )
                                )
           Defendants.          )


DERRICK ALLEN,                  )
                                )
           Plaintiff,           )
                                )
     v.                         )        1:22CV940
                                )
UNC ADAMS SCHOOL OF DENTISTRY,  )
et al.,                         )
                                )
           Defendants.          )
```

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 11, 2023, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that the above-captioned actions are DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of Court is DIRECTED to refuse to accept, for a period of two years, any civil action submitted by Plaintiff without prepayment of the full filing fee.**

/s/ Thomas D. Schroeder
United States District Judge

February 6, 2023

3

Case 1:22-cv-00060-TDS-LPA   Document 8   Filed 02/06/23   Page 3 of 3